*835*

## 24TH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON
### STATE OF LOUISIANA

NO. *812-306*                                          DIVISION *F*

### HAMMERMAN & GAINER, LLC

#### VERSUS

### SUN LIFE ASSURANCE COMPANY OF CANADA

FILED: _____          _____
                                              **DEPUTY CLERK**

### PETITION FOR BREACH OF CONTRACT FOR LIFE INSURANCE

NOW INTO COURT, through undersigned counsel, comes Hammerman & Gainer, LLC, a Louisiana limited liability company, who respectfully represents:

1.

Made defendant is Sun Life Assurance Company of Canada, a foreign insurer licensed to do business in the State of Louisiana.

2.

Venue is proper in Jefferson Parish under Louisiana Code of Civil Procedure art. 76, which states that an action on a life insurance policy may be brought in a parish where the deceased died, the parish where he was domiciled, or the parish where any beneficiary is domiciled, because John Peifer is beneficiary to the life insurance policy which is the basis for this Petition.

3.

Hammerman Gainer, LLC has a Group Policy Number of 905847.

4.

On November 16, 2019, Sun Life Assurance Company of Canada (herein after referred to as "Sunlife") had a policy in place for the life of Jonathan Oney for accidental death benefits for the benefit of Hammerman & Gainer, LLC.

5.

On November 16, 2019, Jonathan Oney died as a result of multiple blunt force injuries in Nevada.

6.

On or about December 15, 2019, Larry Oner, the owner of Hammerman & Gainer, LLC and the father of Jonathan Oney made a claim for accidental death benefits on the life of Jonathan Oney providing a copy of the decedent's death certificate.

24th E-Filed: 11/18/2020 14:16 Case: 812306 Div:F Atty:025257 SCOTT J SPIVEY

7.

On or about February 25, 2020, a representative of Sunlife sent a letter to Larry Oney stating that the company completed the review of the claim for accidental death benefits on the life of Jonathan Oney and that it was determined that accidental death benefits are not payable under the terms of the group policy.

8.

On May 1, 2020, Larry Oney, through undersigned counsel, sent a letter requesting a review in accordance with law.

9.

On May 4, 2020, Emily Hackett with Sunlife responded by letter stating that Sunlife needed a letter of representation that was not received by Larry Oney until it was sent with a subsequent letter stating the same on July 22, 2020.

10.

On August 10, 2020, Larry Oney, through undersigned counsel, sent a letter to Emily Hackett along with a letter of representation requesting review that included case law describing that accidental death benefits remain due even if the decedent is alleged to have been driving while intoxicated.

11.

On or about November 10, 2020, Sunlife responded that the claim for accidental death benefits on the life of Jonathan Oney were reviewed and a final decision of denial was rendered.

12.

Sunlife is liable to Hammerman & Gainer, LLC for the entire amount of the claim for accidental death benefits on the life of Jonathan Oney.

13.

Sunlife breached its duty under the insurance policy contract.

14.

Hammerman & Gainer, LLC is entitled to a money judgement for the entire amount allowed under the policy.

15.

Louisiana Revised Statutes Title 22, Section 1973 states that an insurer owes his insured a duty of good faith and fair dealing with an affirmative duty to adjust claims fairly and promptly

24th E-Filed: 11/18/2020 14:16 Case: 812306 Div:F Atty:025257 SCOTT J SPIVEY

and to make a reasonable effort to settle claims with the insured or claimant, under penalty of

liability for general damages, special damages, and penalties not to exceed two times the damages

sustained or Five Thousand Dollars, whichever is greater.

16.

The defendant, Reliance Standard Life Insurance Company, is guilty of the following acts

of negligence:

a.   Misrepresenting pertinent facts or insurance policy provisions relating to

coverages at issue;

b.   Misleading the plaintiffs as to the prescriptive period;

c.   Failing to pay the amount of claim due insured by the contract within 60 days after

receipt of satisfactory proof of loss from the plaintiffs in a manner that was

arbitrary, capricious and without probable cause;

d.   Breach of Contract; and

e.   Unjust enrichment.

WHEREFORE, petitioner prays that the defendants be served with this petition and that

after all legal delays and due proceedings are had there be judgment, casting the defendants with

compensatory damages as might be determined by this Honorable Court, together with legal

interest thereon from the date of judicial demand until paid, all costs and disbursements herein,

including, but not limited to any expert witness fees, penalties, and attorney fees as provided by

law, all court costs, and for all other general and equitable relief as determined by the Court.

Respectfully submitted:

Scott L. Spivey (LSBA # 25257)
2400 Veterans Memorial Blvd. Ste 510
Kenner, LA  70062
(504) 930-4857 (phone and fax)
scott@spiveyesq.com
Attorney for Plaintiff

**PLEASE SERVE:**

SUN LIFE ASSURANCE COMPANY OF CANADA
through its designated agent for service of process
LOUISIANA SECRETARY OF STATE
8585 Archives Ave.
BATON ROUGE, LA 70809
(through long-arm service)

**Randi N. Prisco**

| | |
|---|---|
| **From:** | Scott Spivey <scotts@hgi-global.com> |
| **Sent:** | Wednesday, November 18, 2020 3:36 PM |
| **To:** | Randi N. Prisco |
| **Subject:** | Re: EFile Case: 812306 |

Yes - I will order the checks now

Scott Spivey

---

**From:** Randi N. Prisco <rprisco@jpclerkofcourt.us>
**Sent:** Wednesday, November 18, 2020 3:34:21 PM
**To:** Scott Spivey <scotts@hgi-global.com>
**Subject:** EFile Case: 812306

Please contact the civil filing department regarding the document: Petition for Damages.pdf e-filed on 11/18/2020 2:16:41 PM.

# ATTENTION RESPOND ASAP THAT YOU WILL BE MAILING SERVICE CHECKS IN ORDER FOR ME TO FULLY PROCESS YOUR EFILE

Please Mail the Clerk of Court a check

$39.36 PAYABLE TO EBRS

$50.00 PAYABLE TO SOS

Mail to Attention: **CIVIL RECORDS** At 24th JDC POX 10 Gretna LA 70054-0010

**Thank you kindly for E-Filing with the 24th Judicial District Court**

Randi Prisco
*Deputy Clerk of Court*
*24th JDC Civil Docket Area  EFGH*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2985 (504) 364-2984

1

Fax: (504) 364-3780



This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

2

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO.:  812-306                                      DIVISION "F"

HAMMERMAN & GAINER, LLC

VERSUS

SUN LIFE ASSURANCE COMPANY OF CANADA

FILED:_____          _____
                                                    DEPUTY CLERK

NOTICE TO COUNSEL AND THE CLERK OF COURT
FOR THE 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

TO:    Hon. Jon A. Gegenheimer           Scott J. Spivey, Esq.
       Clerk of Court                    2400 Veterans Memorial Blvd.
       24th Judicial District Court      Suite 510
       Parish of Jefferson               Kenner, LA  70062
       P.O. Box 10
       Gretna, LA 70054-0010

PLEASE TAKE NOTICE, that defendant, Sun Life Assurance Company of Canada, in

the cause entitled "*Hammerman & Gainer, LLC v. Sun Life Assurance Company of Canada,*"

bearing Docket No. 812-306-F on the docket of the 24th Judicial District Court for the Parish of

Jefferson, State of Louisiana, has filed in the United States District Court for the Eastern District

of Louisiana, its Notice of Removal of said action, copy of said Notice being served herewith in

conformity with 28 U.S.C. § 1446, reading as follows:

Promptly after the filing of such notice of removal of a civil action the defendant or

defendants shall give written notice thereof of all adverse parties and shall file a copy of the

notice with the clerk of such State court, which shall effect the removal and the State court shall

proceed no further unless and until the case is remanded.

1

Respectfully submitted,

LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO, HARDY,
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail: lwelch@mcsalaw.com
*Attorney for Defendant, Sun Life Assurance Company of Canada*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel

of record by email to to scott@spiveyesq.com on this 22nd day of December, 2020.

LAUREN A. WELCH

2